IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DEMERRIS WALKER,                     )
                                     )
        Petitioner,              )
                                     )
v.                                   )   Civil Action No. 07-624-JJF
                                     )
THOMAS CARROLL,                      )
Warden, and ATTORNEY                 )
GENERAL OF THE STATE                 )
OF DELAWARE,                         )
                                     )
        Respondents.             )

FILED
DEC - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1. _____  I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for

federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. __X__  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under *relief under the Delaware Supreme courts Decision*

*Demerius Walker*
Petitioner

I/M Demerris Walker
SBI# 318389 ~~Unit~~ Bldg 17 BuS
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
01 DEC 2007 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, lockbox 18
Wilmington, Delaware
19801-3570