D.I. #_____

# CIVIL ACTION
# NUMBER: _____07CV624 JJF_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.62 |
| Postmark | DEC 11 |

Sent To: LOREN MEYERS, DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE, 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON DE 19801

Article Number: 7007 0710 0003 9056 0889

PS Form 3800, August 2006   See Reverse for Instructions