| | |
|---|---|
| Demerris Walker <br><br> V <br> State of Delaware | Civ. Act. No. 07-624 JJF |

### Answer

Defendant State that even though his postconviction was denied it still has to been seen in a higher court if all his state remidies be exhausted

Defendant Walker also states that his claim are not untimely following the rules of exhausting all state court before presenting in a higher court also the defendant is working pro se

Defendant states if court looks at how the trial counsel was ineffective the failure to test evidence in part of a clients Defense is a error. Jones V Woods 114 F3d 1002

FILED
MAR 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

the State argues that the defendant cannot credibly allege that the leagal arguments or facts we unavailable to the defendant during the limitations period

Defendant states had mr. Joseph R Biden did his research he will see that there are plenty of letters forwarded to the Sussex County superior court stating that the defendant doesn't have transcript. and stated that he would be raising the ineffective counsel claim but how can the arguements be put for if there are no transcripts in the defendant possession also noted in the Suprene court docket. due to the letters that was sent with the transcript after the defendant had set for the issue.

Date 3-13-08

Demeru Wal

IM Demetris Walker
SBI# 318384 UNIT Bldg 21 D-u 6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570