**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEMERRIS H. WALKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. Act. No. 07-624-JJF |
| ) | |
| PERRY PHELPS, et al., ) | |
| ) | |
| Respondents. ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit copies of the following certified state court records:

a. Appellant's opening brief and appendix, *Demaris Walker v. State of Delaware*, No. 214, 2003, filed July 18, 2003.

b. State's answering brief and appendix, *Demaris Walker v. State of Delaware*, No. 214, 2003, filed August 18, 2003.

c. Order, *Demaris Walker v. State of Delaware*, No. 214, 2003, dated December 18, 2003.

d. Appellant's opening brief and appendix, *Demerris Walker v. State of Delaware*, No. 19, 2007, filed February 16, 2007.

e. State's answering brief and appendix, *Demerris Walker v. State of Delaware*, No. 19, 2007, filed March 30, 2007.

f. Appellant's reply brief, *Demerris Walker v. State of Delaware*, No. 19, 2007, filed May 16, 2007.

g. Order, *Demerris Walker v. State of Delaware*, No. 19, 2007, dated September 20, 2007.

h. Superior Court docket sheet, ID No. 0203014277, *State v. Demaris H. Walker.*

                                          STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Gregory E. Smith
                                        Gregory E. Smith, I.D. No. 3869
                                        Deputy Attorney General
                                        820 North French Street, 7th Floor
                                        Carvel State Building
                                        Wilmington, Delaware  19801
Dated: March 31, 2008              (302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on March 31, 2008, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on March 31, 2008 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Demaris H. Walker
SBI No. 318389
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware  19977

                                    STATE OF DELAWARE
                                    DEPARTMENT OF JUSTICE

                                    /s/ Gregory E. Smith
                                    Gregory E. Smith, ID # 3869
                                    Deputy Attorney General
                                    820 North French Street, 7th Floor
                                    Carvel State Building
                                    Wilmington, Delaware 19801
                                    (302) 577-8398